934 A.2d 691

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Eric EISEN, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 18, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 18th day of October, 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

Whether a second PCRA petition invoking the after-discovered evidence exception to the PCRA's one year filing

requirement was filed "within 60 days of the date the claim could have been presented" under 42 Pa.C.S. § 9545 where the petition was filed within 60 days of the conclusion of Petitioner's federal *habeas corpus* proceedings and where the filing of the petition prior to the conclusion of the federal proceedings would have jeopardized the Petitioner's federal review of his then-existing *habeas corpus* claims and/or his after-discovered evidence claim.